IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD LEROY BYRD,

        Petitioner,                  No. 2:10-cv-2741-KJM-JFM (HC)

    vs.

RAUL LOPEZ,

        Respondent.                 <u>ORDER</u>

_____/

        On October 12, 2010, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 29, 2010, the undersigned directed respondent to file a response to the petition within forty-five days. On February 17, 2011, respondent filed a motion for enlargement of time. That request was granted on March 15, 2011 and respondent was directed to file an answer within thirty days of the date of that order. Respondent filed an answer on March 16, 2011.

        On May 2, 2011, petitioner filed a motion styled as a motion for a writ to prohibit. Petitioner contends the answer is untimely and, as such, should be stricken from the record. Upon review, the court finds that respondent filed a timely answer.

        Accordingly, IT IS HEREBY ORDERED that:

    1. Petitioner's May 2, 2011 motion is denied; and

/////

/////

1

2. Petitioner shall file a traverse, if any, within thirty days from the date of this order.

DATED: September 8, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;byrd2741.jo