IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD LEROY BYRD,

    Petitioner,        No. 2:10-cv-2741 KJM JFM (HC)

    vs.

RAUL LOPEZ,

    Respondent.      ORDER

_____/

        On September 29, 2011, petitioner was directed to file a traverse within thirty days of the date of the order. On October 6, 2011, petitioner filed a response in which he asserted that he could not file a traverse as he had not yet received a copy of the answer. By order dated November 7, 2011, respondent was directed to re-serve the answer on petitioner within thirty days from the date of the order. Doc. No. 23. On January 27, 2012, petitioner filed a motion to compel, in which he claims again that he has not yet received respondent's answer.

/////

/////

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that within ten (10) days of the date of
2 this order respondent shall re-serve the answer on petitioner and file proof of service with this
3 court.  If respondent has already re-served the answer on petitioner, he shall submit proof
4 thereof.
5 DATED: February 16, 2012.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/014;byrd2741.jo3